IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| EVERETT J. GILLUM, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-19-309-SLP |
| | ) | |
| WARDEN, JAMES YATES, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the Court is the Report and Recommendation of Magistrate Judge Bernard M. Jones [Doc. No. 7] filed April 9, 2019, wherein he recommends that Plaintiff's action be transferred to the United States District Court for the Eastern District of Oklahoma. Plaintiff has filed two documents titled "Motion for Waiver" on April 17, 2019 and April 24, 2019 [Doc. Nos. 8 & 9] which the Court construes, based on their content, as consent by Plaintiff to the transfer recommended by Judge Jones. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and the Clerk of the Court is directed to transfer this matter to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 24th day of April, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE