# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Everett J. Gillum | **COURT CASE NUMBER** 19cv130 RAW SPS |
| **DEFENDANT** James Yates | **TYPE OF PROCESS** |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Yates

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
6888 E. 133rd Road Holdenville, OKLA. 74848

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Everett J. Gillum 513719
3200 S. Kings Hwy
Cushing OK 74023

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED U.S. MARSHALS EASTERN OKLA. 2019 JUL 10 PM

Signature of Attorney or other Originator requesting service on behalf of:
Everett J. Gillum
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 7/2/19

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 03 | District to Serve No. 03 | Signature of Authorized USMS Deputy or Clerk MS | Date 7/10/19 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

**FILED JUL 26 2019 PATRICK KEANEY Clerk, U.S. District Court By _____ Deputy Clerk**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/15/19   Time: 307 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| | |
|---|---|
| EVERETT J. GILLUM <br> *Plaintiff* <br> v. <br> JAMES YATES, et al., <br> *Defendant* | ) ) ) ) Civil Action No. CIV-19-130-RAW-SPS ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Yates, Warden
6888 E. 133rd Road
Holdenville, OK 74848

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Everett J. Gillum 513779
Cimarron Correctional Facility
3200 S Kings Hwy
Cushing, OK 74023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   07/10/2019

*Patrick Keaney* (signature)
Patrick Keaney



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-19-130-RAW-SPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Yates
was received by me on *(date)* 7/15/19.

☒ I personally served the summons on the individual at *(place)* Davis CF
on *(date)* 7/15/19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/15/19

_____
Server's signature

Traci Goodson   Security Clerk
Printed name and title

6888 E 133 Rd Holdenville OK 74848
Server's address

Additional information regarding attempted service, etc: